PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Del Montez Crawford</u>   Case Number: <u>3:09-00279</u>

Name of Judicial Officer: <u>Honorable Todd J. Campbell, United States District Judge</u>

Date of Original Sentence: <u>July 2, 2010</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm</u>

Original Sentence: <u>41 months' custody followed by two years' supervised release</u>

Type of Supervision: <u>Supervised release</u>   Date Supervision Commenced: <u>August 24, 2012</u>

Assistant U.S. Attorney: <u>To be determined</u>   Defense Attorney: <u>Jude T. Lenahan</u>

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 15 day of Jan, 2014, and made a part of the records in the above case.

_____
Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Kimberly Haney
U.S. Probation Officer

Place    Nashville, Tennessee

Date    January 13, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

**1.** **The defendant shall not commit another federal, state, or local crime.**

On November 15, 2013, Mr. Crawford was issued a misdemeanor citation for No Driver's License, in Nashville, Davidson County, Tennessee. He is scheduled to appear in court on February 3, 2014.

According to the misdemeanor citation, Mr. Crawford was stopped by a police officer with Metropolitan Nashville Police Department on a traffic violation (traffic lane restriction). A computer check of Mr. Crawford's driver's license revealed that Mr. Crawford is unlicensed.

**2.** **The defendant shall not commit another federal, state, or local crime.**

On December 11, 2013, Mr. Crawford was issued misdemeanor citations for Driving on a Suspended Driver's License and Criminal Impersonation, in Nashville, Davidson County, Tennessee. The case was disposed on January 6, 2014.

According to the misdemeanor citations, Mr. Crawford was stopped by a police officer with Metropolitan Nashville Police Department for littering a cigarette butt while driving over the Jefferson Street Bridge. When the police officer asked for his driver's license, Mr. Crawford produced a Tennessee driver's license which belonged to Eric Martin. When asked to verify his identity, Mr. Crawford stated he was Eric Martin. A computer search of the vehicle's registration revealed the vehicle was registered to Mr. Crawford. When the police reviewed a picture of Mr. Crawford, he immediately realized that Mr. Crawford had given him false information as to his identity. A computer check of Mr. Crawford name showed his license as suspended. On January 6, 2014, Mr. Crawford pled guilty to No Driver's License, and he was sentenced to pay a $50 fine and ordered to pay court costs. He pled guilty to Criminal Impersonation, and he was sentenced to six months' custody, suspended, and ordered to pay court costs.

**3.** **The defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a residential reentry center at the direction of the U.S. Probation Office.**

Mr. Crawford has failed to report for random drug tests five times since August 26, 2013.

Mr. Crawford failed to report for drug tests, as instructed, as part of the random drug testing program on:

| | | |
|---|---|---|
| August 26, 2013 | December 12, 2013 | January 9, 2014 |
| November 25, 2013 | December 18, 2013 | |

Per the conditions of supervised release, Mr. Crawford is ordered to participate in a program of drug testing. As a result, he is enrolled in a random drug testing program at the probation office. On November 25, 2013, Mr. Crawford failed to report to the probation office for a drug screen. When the probation officer spoke with him on November 26, 2013, he advised he was in court on November 25, 2013, and it was snowing when he left. The person who drove him to court did not want to risk being caught in the bad weather, so he did not have transportation to get to the probation office before it closed.

In addressing his reasons for missing his drug screens, Mr. Crawford has expressed that he either forgets to call, has issues with his cellular telephone, or there is a lack of transportation to the probation office. The probation officer has not been able to consistently contact Mr. Crawford regarding his habitual failure to appear for drug tests, due to issues with his cellular telephone. Since being on supervision, Mr. Crawford has tested positive for illegal drug use (cocaine) once, on July 18, 2013. He adamantly denied using any type of illegal substance.

## Compliance with Supervision Conditions and Prior Interventions:

Del Montez Crawford began his term of supervised release on August 24, 2012. His term of supervision is scheduled to expire on August 23, 2014. Mr. Crawford is currently unemployed. However, he was previously employed with Tri-Star Cleaning, and was placed at International Academy of Design and Technology as a janitor. The company lost the contract and he has not been placed on a new assignment.

Mr. Crawford stated that since he is unemployed, it is his responsibility to get his children to and from school and daycare. He is married and the couple has five children (ages 9, 7, 4, and 11 month old twins). Reportedly, he is attempting to obtain payment assistance of the costs to have his license reinstated. The probation officer has instructed Mr. Crawford on numerous occasions not to drive without a valid driver's license. Mr. Crawford was advised the Court would be notified of his actions.

## U.S. Probation Officer Recommendation:

At this time, the probation officer is respectfully recommending no additional action by the Court, to allow the pending charge to be addressed by the local court. If Mr. Crawford is convicted, the Court will be promptly notified.

It is recommended Mr. Crawford continue on supervised release with increased monitoring by the probation officer. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.


Approved: _____
               Britton Shelton
               Supervisory U.S. Probation Officer